**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6822**

———————

JEFFERY EDWARD PORTER,

                Plaintiff - Appellant,

      v.

TANJA M. KORPRI, Assistant Prosecutor; EMILY M. MUNN, Attorney at Law,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:13-cv-00026-RGD-TEM)

———————

Submitted: August 22, 2013      Decided: August 27, 2013

———————

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jeffery Edward Porter, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffery Edward Porter appeals the district court's order dismissing his civil rights action for failure to state a claim.  See 28 U.S.C. § 1915A(b)(1) (2006).  On appeal, we confine our review to the issues raised in the Appellant's brief.  See 4th Cir. R. 34(b).  Because Porter's informal brief does not challenge the basis for the district court's disposition, Porter has forfeited appellate review of the court's order.  Accordingly, we affirm the district court's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED